**Order entered March 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00453-CV

### PRISCILLA BOUIE, Appellant

### V.

### KIRKLAND'S STORES INCORPORATED, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00666-2011**

## ORDER

The Court has before it appellant's March 21, 2013 "motion for extension of time to file petitioner's brief on the merits." The Court construes this filing as a motion for extension of time to file appellant's reply brief. We **GRANT** the motion in part and **ORDER** that any reply be filed by April 21, 2013.

/s/  ELIZABETH LANG-MIERS
    JUSTICE